# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COLLEEN NICOLE PITTS and AMANDA CARLENE PITTS, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION FILE NO. Case 1:21-cv-05055-ELR-RGV |
| VICTOR HILL, Individually and in his capacity as Sheriff of Clayton County, Georgia ) ) ) ) ) | |
| Defendant. ) _____) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant Victor Hill, individually and in his official capacity ("Defendant") and, pursuant to Local Rules 3.3 files the following Certificate of Interested Persons and Corporate Disclosure Statement:

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   A. Plaintiffs Colleen Nicole Pitts and Amanda Carlene Pitts;

   B. Defendant Victor Hill.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   A. Clayton County, Georgia, a political subdivision of the State of Georgia;

   B. The Sexton Law Firm, LLC; and

   C. Jacob A. Weldon.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

   A. For Plaintiffs Colleen Nicole Pitts and Amanda Carlene Pitts

      Jacob A. Weldon

      The Sexton Law Firm, LLC

   B. For Defendant Victor Hill:

      John D. Bennett

      Kathleen A. Taylor

      Freeman Mathis & Gary LLP

Submitted this 7th day of April, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
Kathleen A. Taylor
Georgia Bar. 973286
katie.taylor@fmglaw.com
*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## **CERTIFICATE OF COMPLIANCE**

I certify that I have prepared this document in Times New Roman, 14-point font, and that this document otherwise complies with Local Rule 5.1(C).

Respectfully submitted this 7th day of April, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
Kathleen A. Taylor
Georgia Bar. 973286
katie.taylor@fmglaw.com
*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| COLLEEN NICOLE PITTS and AMANDA CARLENE PITTS,   )   )   ) | |
| Plaintiffs,   ) | CIVIL ACTION FILE NO. Case 1:21-cv-05055-ELR-RGV |
| )   VICTOR HILL, Individually and   ) in his capacity as Sheriff of Clayton   ) County, Georgia   )   )   ) Defendant.   ) _____) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically submitted the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record is:

SEXTON LAW FIRM, LLC
Jacob A. Weldon, Esq.
124 Atlanta Street
McDonough GA 30253

This 7th day of April, 2022.

-5-

-6-

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212
jbennett@fmglaw.com
*Attorney for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960