

# THE STATE OF GEORGIA

## EXECUTIVE ORDER

---

BY THE GOVERNOR:

**WHEREAS:** Clayton County Sheriff Victor Hill was indicted on April 19, 2021, in the United States District Court for the Northern District of Georgia on four counts of violating the Civil Rights of four inmates of the Clayton County Jail; and

**WHEREAS:** The indictment was transmitted to the Governor pursuant to O.C.G.A. § 45-5-6(b), and the certified copy was received on April 29, 2021; and

**WHEREAS:** The fourteen-day period following the receipt of the indictment as prescribed by O.C.G.A. § 45-5-6(e) has passed.

**NOW, THEREFORE, BY VIRTUE OF THE AUTHORITY VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY**

**ORDERED:** That Attorney General Christopher Carr, Burke County Sheriff Alfonzo Williams, and Cherokee County Sheriff Frank Reynolds are hereby appointed as the review commission to determine whether the above-mentioned indictment relates to and adversely affects the administration of the duties by Sheriff Hill such that the rights and interests of the public are adversely affected thereby, and to make a written report to me within fourteen days with a recommendation as to whether said sheriff should be suspended from office as required by O.C.G.A. § 45-5-6(c).

This 19TH day of May 2021.

_____
**GOVERNOR**