

# THE STATE OF GEORGIA

## EXECUTIVE ORDER

---

BY THE GOVERNOR:

**WHEREAS:** On April 19, 2021, in the United States District Court for the Northern District of Georgia, Atlanta Division, Clayton County Sheriff Victor Hill was indicted on four counts of felony Deprivation of Rights Under Color of Law pursuant to 18 U.S.C. § 242; and

**WHEREAS:** The indictment was transmitted to the Governor pursuant to O.C.G.A. § 45-5-6(b), and the certified copy was received on April 29, 2021; and

**WHEREAS:** An Executive Order was issued on May 19, 2021, appointing members to the Review Commission to determine whether the indictment relates to and adversely affects the administration of the office of Clayton County Sheriff such that the rights and interests of the public are adversely affected; and

**WHEREAS:** By the report dated June 1, 2021, the Review Commission found that the indictment of Victor Hill does relate to and does adversely affect the administration of the office of Sheriff, and that the rights and interests of the public are adversely affected thereby; and recommended that Victor Hill be suspended from office pursuant to the provisions of O.C.G.A. § 45-5-6.

**NOW, THEREFORE, PURSUANT TO THE AUTHORITY VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY**

**ORDERED:** That Mr. Victor Hill is hereby suspended from office immediately and without further action pending the final disposition of the case or until the expiration of his term of office, whichever occurs first, as provided in O.C.G.A. § 45-5-6(c).

This **2nd** day of June 2021.

_____
GOVERNOR