# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COLLEEN NICOLE PITTS and AMANDA CARLENE PITTS, <br><br> Plaintiffs <br><br> v. <br><br> VICTOR HILL, Individually and in his capacity as Sheriff of Clayton County, Georgia <br><br> Defendant. | ) ) ) ) Civil Action No. ) 1:21-cv-05055-ELR-RGV ) ) ) ) JURY TRIAL DEMAND ) ) ) ) ) ) |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, Plaintiffs, by and through the undersigned counsel of record, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3.

(1) The undersigned counsel of record for Plaintiffs certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      a. **Colleen Nicole Pitts - Plaintiff**

      b. **Amanda Carlene Pitts – Plaintiff**

      c. **Victor Hill – Defendant**

Civil Action File No. 1:21-CV-05055-ELR-RGV
Pitts v. Hill

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

  a. **Clayton County, Georgia**

  b. **Freeman Mathis & Garry LLP**

  c. **Sexton Law Firm, LLP**

  d. **Jacob A. Weldon**

  e. **Jonathan P. Sexton**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

  a. **John D. Bennett – Attorney for Defendant**

  b. **Kathleen A. Taylor - Attorney for Defendant**

  c. **Jacob A. Weldon – Attorney for Plaintiffs**

  d. **Jonathan P. Sexton – Attorney for Plaintiffs**

This the 15th day of April 2022.

            Respectfully Submitted,

SEXTON LAW FIRM, LLP    /s/*Jacob A. Weldon*
124 Atlanta Street        JACOB A. WELDON
McDonough, GA 30253     Georgia Bar No. 966930
(770) 474-9335         Counsel for Plaintiffs

Civil Action File No. 1:21-CV-05055-ELR-RGV
Pitts v. Hill

Attorney for Plaintiff

Civil Action File No. 1:21-CV-05055-ELR-RGV
Pitts v. Hill

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by depositing a true copy of same in the U.S. Mail, with proper postage affixed thereto, addressed to counsel of record as follows or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

John D. Bennett
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: (770) 818-0000
F: (770) 937-9960

I also hereby certify pursuant to Local Rule 7.1 that the foregoing filing complies with Local Rule 5.1. The document uses 14-point Times New Roman font and does not exceed the applicable page limits.

Respectfully submitted this the 15th day of April 2022.

/s/Jacob A. Weldon
JACOB A. WELDON, Bar No. 966930

SEXTON LAW FIRM, LLP
124 Atlanta Street
McDonough, GA 30253
(770) 474-9335
jacob@sextonlawfirm.com
jsexton@sextonlawfirm.com